**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | COURT NO. 99-20018-001 |
| ROBERT P. GEEKIE, JR., ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of JAMES A. LEWIS, Assistant United States Attorney, as co-counsel for the United States in this case.

Respectfully submitted,

**RODGER A. HEATON
UNITED STATES ATTORNEY**

<u>s/James A. Lewis</u>
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: <u>Jim.Lewis2@usdoj.gov</u>

**CERTIFICATE OF SERVICE**

    It is hereby certified that service of the foregoing **ENTRY** was mailed on February 13, 2008, upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

ROBERT P. GEEKIE, JR.,
1380 Sommerset Way
Bourbonnais, IL 60914

```
s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov
```