## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 99-20018-01 |
| ) | |
| ROBERT P. GEEKIE, JR., ) | |
| ) | |
| Defendant. ) | |

### CITATION TO DISCOVER ASSETS

To:  **ROBERT P. GEEKIE, JR.
13080 SOMMERSET WAY
BOURBONNAIS IL 60914**

     **YOU ARE COMMANDED** to appear before MAGISTRATE JUDGE DAVID G. BERNTHAL, Federal Building, 201 S. Vine St., Urbana, IL 61801 in the Magistrates Courtroom C, on Monday, May 19, 2008 at 10:30 a.m. to be examined under oath to discover assets or income not exempt from the enforcement of the judgment in this case.

A Judgment against **ROBERT P. GEEKIE, JR.,** was entered on February 18, 1997, for $921,109.24 and remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination:

     **SEE ATTACHED** Demand for Documents and all books, papers or records in your possession or control that may contain information concerning the property or income of or indebtedness due judgment debtor.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or that may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT**.


Dated at Urbana , Illinois, this  17th  day of  April , 2008.


                                          s/   Pamela E. Robinson    /kjm
                                          _____
                                          PAMELA E. ROBINSON
                                          Clerk, U.S. District Court

- 2 -

## CERTIFICATE OF ATTORNEY

    I, James A. Lewis, certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the following information is true:

1. Judgment was entered in the amount of $921,109.24 on February 18, 1997, in case number 2:96CR20062-001, in the United States District Court, District of Kansas and the jurisdiction was transferred to the United States District Court, Central District of Illinois, Urbana Division on April 16, 1999 (Doc. 1) in case number 99-20018-01.

2. The restitution balance owing on the judgment as of April 17, 2008 is $894,881.24.

3. A copy of the Citation Notice is attached.

DATE: April 17, 2008

                                              s/James A. Lewis
                                              James A. Lewis, NC Bar # 5470
                                              Attorney for Plaintiff
                                              United States Attorneys office
                                              318 S. 6th Street
                                              Springfield, Illinois 62701
                                              Tel: 217-492-4450
                                              Fax: 217-492-4888 or 4580
                                              E-Mail: Jim.Lewis2@usdoj.gov

**TO BE SERVED NOT LESS THAN FIVE DAYS
BEFORE DATE DEFENDANT IS TO APPEAR**

**Questions should be referred to Assistant United States Attorney James A. Lewis at the following address and telephone:**

**318 S. 6th Street
Springfield, Illinois 62701
217/492-4450**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 99-20018-01 |
| | ) | |
| ROBERT P. GEEKIE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**CITATION NOTICE TO DEFENDANT**

Name of Case: UNITED STATES v. ROBERT P. GEEKIE, JR.

Name and Address of Court: As cited above at: U.S. District Court, 201 S. Vine St., Magistrate's Courtroom C, Urbana, Il 61801

Address of Judgment Debtor: 1380 Sommerset Way, Bourbonnais, IL 60914

Name and Address of Attorney for Judgment Creditor:   **James A. Lewis**
Assistant United States Attorney
Financial Litigation Unit
318 S. 6th Street
Springfield, IL 62701
Telephone: 217-492-4450

Name and Address of Person Receiving Citation:   **Robert P. Geekie, Jr.**
1380 Sommerset Way
Bourbonnais, IL 60914

**Court Date and Time: Monday, May 19, 2008 at 10:30 a.m.**

Pursuant to Illinois Law, 735 Illinois Compiled Statutes, Section 5/2-1402(b), the following notice and summary of exemptions are provided to you:

**NOTICE**: The Court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal criminal law to only certain property exempt from tax levy. 18 U.S.C. §3613(a)(1) & (f). **The JUDGMENT DEBTOR HAS THE RIGHT TO EXCLUDE FEDERAL TAX LEVY EXEMPTIONS (26 U.S.C. §6334) LISTED BELOW AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE**:

(1)   Wearing apparel and school books as are necessary for the tax payer or members of his family.

(2)   Fuel, provisions, furniture and personal effects not to exceed $6,250 in value.

(3)   Necessary books and tools of trade not to exceed in the aggregate $3,125 in value.

-2-

  (4)  Unemployment benefits.

  (5)  Undelivered mail.

  (6)  Certain annuity and pension payments.

  (7)  Workers compensation.

  (8)  Judgments for the support of minor children.

  (9)  Certain service connected disabilities.

  (10)  Assistance under Job Training Partnership Act.

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH**.  The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 201 S. Vine St., Rm 218, Urbana, IL 61801. <u>This notice may be sent by regular first class mail.</u>

**LIST OF ITEMS TO BRING TO JUDGMENT DEBTOR EXAMINATION**

1. **The attached Financial Statement is to be completed prior to court appearance.**

2. Business records for the present year and past calendar year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you own any interest.

3. Current bank statements for the past 12 months from all banks or other financial institution, where any sole proprietorship, partnership or corporation in which you own any interest, has an account of any kind.

4. Current bank statements for the past 12 months from all banks, or other institutions, where you have an account of any kind.

5. All deeds, leases, contract, and other documents representing any ownership interest you, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

6. Titles to all motor vehicles owned by you.

7. All life insurance policies in which you are either the insured or beneficiary.

8. All deeds, bills of sale, or other documents prepared in connection with any transfer made by you, either by gift, sale, or otherwise within the last five years.

9. A schedule of all regular expenses paid by you, such as installment debts, food, utilities, etc.  Include the amount paid, the payee, and if an installment debt, the amount of debt owing and any security pledge.

10. All records pertaining to your assets and finances.

11. Copies of income tax returns for the past three years.

12. Any records showing payments for child support. (Documentation from court or cancelled checks)

13. Any records showing payments for rent.