**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 99-20018-01 |
| ROBERT P. GEEKIE, JR., | ) |
| Defendant. | ) |

**REPORT ON CITATION TO DISCOVER ASSETS HEARING**

On May 19, 2008 at 10:30 a.m., ROBERT P. GEEKIE, JR, Defendant, did not appear pursuant to a Citation to Discover Assets. However, defendant-debtor's retained Counsel, Leonard F. Sacks, called the Clerk of the Court and the U.S. Attorneys Office prior to the hearing time to advise that his client had not been served and would be unable to attend the hearing. The Citation should be discharged due to the circumstances surrounding the inability to appear for the hearing.

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ James A. Lewis
_____
James A. Lewis, Bar No. 5470 (NC)
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Tel: 217/492-4450
Fax: 217/492-4888 or 4580
Email: Jim.Lewis2@usdoj.gov

2

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **REPORT ON CITATION HEARING**

has been made by placing in the United States mail, postage prepaid, addressed to:

>Robert P. Geekie, Jr.
>%Leonard F. Sacks, Esq.
>Attorney at Law
>2 Dearborn Square
>Kankakee, IL 60901

DATE: May 21, 2008

>s/ James A. Lewis
>_____
>James A. Lewis, Bar No. 5470 (NC)
>Attorney for Plaintiff
>United States Attorneys Office
>318 S. 6th Street
>Springfield, IL 62701
>Tel: 217/492-4450
>Fax: 217/492-4888 or 4580
>Email: Jim.Lewis2@usdoj.gov