| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**     E-FILED<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form.   Monday, 02 June, 2008 10:30:02 AM<br>Clerk, U.S. District Court, ILCD |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States XXXXXXXXXXXXXXXXXXXXXX of America | 99-20018-01 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Robert P. Geekie, Jr. | Citation to Discover Assets Hearing |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Robert P. Geekie, Jr.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

13080 Sommerset Way, Bourbannais IL 60914

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney
318 SOUTH 6TH STREET
SPRINGFIELD, IL 62701-1806
ATTN: FINANCIAL LITIGATION UNIT

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

**FILED JUN 02 2008 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEBT COLLECTION CASE
MUST BE SERVED BEFORE MAY 12, 2008
DUSM PLEASE CALL ANN JOHNSON, PARALEGAL SPECIALIST @ 217/492-4450 AFTER SERVICE. THANKS!

Signature of Attorney or other Originator requesting service on behalf of:
*[signed]* AUSA JAMES A. LEWIS
XX PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 217/492-4450
DATE: 4/22/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 26 | District to Serve No. 26 | Signature of Authorized USMS Deputy or Clerk *J. Hood* | Date: 4-22-08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): *Returned*

Date of Service: | Time: am / pm

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $540 | $498.00 | -0- | $1038.00 | | | |

REMARKS:
1 ENDEAVOR ON 5-8-08 No Contact (KH) Charge Service $180  166.00 = 346
1 ENDEAVOR ON 5-13-08 No Contact (KH) Charged Service $180  166.00 = 346
1 ENDEAVOR ON 5-15-08 No Contact (KH) Charged Service $180  166.00 = 346
Subject Not Served - Returned
1038.00

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |